UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

TWINKLE NAGPAL,

                Plaintiff,

        -against-

SARAH KENDALL, TRACY RENAUD,
ALEJANDRO MAYORKAS, UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES,
and UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

                Defendants.

------------------------------------x

ORDER

21 Civ. 1777 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 7 2021

GEORGE B. DANIELS, United States District Judge:

The Government's request, with Plaintiff's consent, to extend the deadline to respond to Plaintiff's complaint from June 8, 2021 to July 9, 2021, (ECF No. 18), is GRANTED.

The Government's request, with Plaintiff's consent, to adjourn the initial conference from June 30, 2021 to July 14, 2021 at 9:30 a.m., (*id.*), is GRANTED.

Dated: June 8, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge