UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TWINKLE NAGPAL,

                  Plaintiff,

     -against-                              ORDER

SARAH KENDALL, TRACY RENAUD,               21 Civ. 1777 (GBD)
ALEJANDRO MAYORKAS, UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES,
and UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,
                  Defendants.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The Defendants' request, with Plaintiff's consent, to stay this action pending congressional reauthorization of United States Citizenship and Immigration Services' EB-5 Immigrant Investor Regional Center Program, (ECF No. 24), is GRANTED.

    The above captioned case is hereby ordered to be placed on the suspense docket until further order of the Court.

Dated: October 13, 2021
       New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  United States District Judge