UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

TWINKLE NAGPAL,

                            Plaintiff,

    -against-                                    ORDER

ALISSA EMMEL, Director of the Immigrant Investor    21 Civ. 1777 (GBD)
Program Office, United States Citizenship and
Immigration Services, in her official capacity, *et al.*,

                            Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The parties' stipulation of dismissal, (ECF No. 36), is hereby approved.

    The Clerk of the Court is directed to lift the stay and close the above-captioned action.

Dated: August 30, 2022
       New York, New York

                                                SO ORDERED.

                                                */s/ George B. Daniels*
                                                GEORGE B. DANIELS
                                                United States District Judge